# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES E. HALL,**      ) | |
| ) | |
| **Petitioner/Defendant,**      ) | |
| ) | **CIVIL NO. 05-cv-875-MJR** |
| **vs.**      ) | |
| ) | **CRIMINAL NO. 02-cr-30116** |
| **UNITED STATES of AMERICA ,**      ) | |
| ) | |
| **Respondent/Plaintiff.**      ) | |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

A jury found Petitioner guilty of aiding and abetting the transporting a minor female in interstate commerce with intent to engage in criminal sexual activity, a violation of 18 U.S.C. §§ 2 and 2423(a), and witness tampering, in violation of 18 U.S.C. § 1518(b)(3). On August 18, 2003, this Court imposed an aggregate sentence of 168 months incarceration, three years supervised release, a special assessment of $300 and a fine of $2,100. Petitioner appealed his conviction, arguing that the Court erred in admitting and excluding certain evidence, and that there was insufficient evidence to convict him. These arguments were rejected; his conviction and sentence were affirmed. *United States v. Bonty*, 383 F.3d 575 (7th Cir. 2004).

In this motion, Petitioner now argues that counsel was ineffective at trial. Specifically, he argues that Counsel was ineffective in failing to present certain defense theories and failing to investigate the victims and the charges,

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach

all relevant portions of the record.

    **IT IS SO ORDERED.**

    **DATED this 4th day of April, 2006.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**